

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2019

No. 04-18-00551-CV

James Brent **MANSFIELD**,
Appellant

v.

Stormie Rae **MANSFIELD**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-17710
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

Appellant's attorney has filed a motion seeking access to a portion of the record that is sealed. Specifically, appellant's attorney seeks access to Petitioner's exhibit 1, which is included in the reporter's record from the hearing that took place in this case on April 10, 2018. The motion is GRANTED. The clerk of the court is instructed to provide a copy of the requested portion of the sealed record, Petitioner's exhibit 1, to appellant's attorney and appellee's attorney on CD-ROM. All parties and their attorneys are ORDERED not to share the contents of this sealed record with any person except to the extent necessary to prepare their respective briefs.

In the event appellant or appellee reference the sealed record in their respective briefs, they are ORDERED to (1) file their respective briefs in paper form only, and (2) with a cover letter informing the clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court